FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 MAY -9 PM 2: 24

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07CR147 |
| | ) | |
| JAMES R. DEAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

NOW ON THIS __9__ day of May, 2008, this matter comes on before the Court upon the Stipulation filed (Filing No. 45) by the United States and James R. Dean. The Court reviews the file and the Stipulation, and, being duly advised on the premises, finds good cause to approve the Stipulation.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. The Stipulation (Filing No. 45) is hereby approved.

2. Based upon the United States' receipt of $125,000.00 from James R. Dean, the part of the Preliminary Order of Forfeiture which directed the United States to seize the real property locally known as 4951 South 46th Avenue, Omaha, Nebraska, is vacated. Additionally, the part of the Preliminary Order of Forfeiture which forfeited Mr. Dean's interest in said real property to the United States is also vacated.

3. This forfeiture action will proceed against the $125,000.00 in *lieu* of said real property.

**IT IS SO ORDERED.**

BY THE COURT:

_____
JOSEPH F. BATAILLON, Chief Judge
**United States District Court**

Prepared and submitted by:

Nancy A. Svoboda (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

Approved as to form and content:

By: _____
JAMES R. DEAN
Defendant