UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR147 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| JAMES R. DEAN, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 21st day of May, 2008, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On March 10, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 841 and 853, based upon the Defendant's plea of guilty to Counts I and II of the Superceding Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the real property located at 4951 S. 46th Avenue, Omaha, Nebraska, was forfeited to the United States.

2. On March 27, April 3 and 10, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said property. An Affidavit of Publication was filed herein on May 9, 2008 (Filing No. 41).

3. On May 9, 2008, the United States and James R. Dean entered into a Stipulation (Filing No. 42) whereby the United States agreed to accept $125,000.00 from Mr. Dean in lieu of the forfeiture of the residence. Further more, the United States and Mr. Dean agreed the forfeiture action would proceed against the $125,000.00 in lieu of the real property. An Order approving the Stipulation was entered on May 9, 2008 (Filing No. 43).

4. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

5. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the $125,000.00, held by any person or entity, is hereby forever barred and foreclosed.

C. The $125,000.00, be, and the same hereby is, forfeited to the United States of America.

D. The United States Marshals Service for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 21st day of May, 2008.

                                                **BY THE COURT:**

                                                s/ Joseph F. Bataillon
                                                **JOSEPH F. BATAILLON, CHIEF JUDGE**
                                                **United States District Court**